**Elmira Swain, Appellee, v. William Hoberg, Appellant.**

**Gen. No. 9,707.**

opinion filed February 12, 1943. Arthur H. Shay and Courtney Arthur, for appellant; Hollerich & Hurley and H. L. Richolson, for appellee. Opinion by PRESIDING JUSTICE HUFFMAN. **Not to be published in full.**